# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | |
| **JOSE ANTONIO MORALES NIEVES,** *et al.* | No. 25-460 |

## CLARIFICATION REGARDING ORDER OF NOVEMBER 18, 2025

**AND NOW**, this 19th day of November, 2025, it is **ORDERED** that defense counsel other than Ms. Grasso need not attend the hearing on December 2, 2025. I will hear status updates at the hearing from the United States and the discovery coordinator, along with the translation coordinator and FDC representative.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**